LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone: (213) 599-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

JS-6

PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902
Email: peter@dion-kindemlaw.com

Attorneys for Plaintiff Sean Peters

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Sean Peters, | Case No. 15-CV-01453 RGK (SPx) |
|---|---|
| Plaintiff, | **Order Remanding Case to State Court** |
| vs. | |
| ModusLink Corporation, a Delaware corporation, and Does 1 through 10, | |
| Defendants. | |

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that the action is remanded to the Riverside Superior Court.

DATED: JULY 31, 2015

_____
DISTRICT COURT JUDGE

**Order re Remand of Case to State Court**

1